PEOPLE, Respondent, v. SIMMACHER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 28, 1902.) Proceeding by the people of the state of New York against Joseph Simmacher.

PER CURIAM. Judgment of conviction reversed, and case remitted to county court of Cattaraugus county, pursuant to section 547 of the Code of Criminal Procedure. Held, that the court erred in charging the jury that they might convict the defendant of giving away liquor under the indictment, which did not charge him with giving away liquor, but did charge him with selling it. All concur, except McLENNAN, J., dissenting, and SPRING, J., not voting.

PEOPLE, Respondent, v. WISE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 14, 1902.) Proceeding by the people of the state of New York against Henry G. Wise. No opinion. Defendant's exceptions overruled, motion for new trial denied, and judgment ordered upon the verdict, with costs.

PEOPLE ex rel. BOARD OF COM'RS, Respondents, v. BOARD OF SUP'RS OF ONEIDA COUNTY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 14, 1902.) Proceeding by the people of the state of New York on the relation of the board of commissioners for the erection of a new court house in Oneida county, against the board of supervisors of Oneida county. No opinion. Order (73 N. Y. Supp. 1098) affirmed, with $10 costs and disbursements, on opinion of ANDREWS, J., delivered at special term.

PEOPLE ex rel. DALY v. YORK et al. (Supreme Court, Appellate Division, First Department. February 7, 1902.) Proceeding by the people of the state of New York, on the relation of William E. Daly, against Bernard J. York and others. No opinion. Motion denied.

PEOPLE ex rel. KAPITZKO, Respondent, v. FINN et al., Appellants. (Supreme Court, Appellate Division, First Department. December 20, 1901.) Proceeding by the people of the state of New York, on the relation of Joseph Kapitzko, against James Finn and another. C. L. Hoffman, for appellants. C. E. Le Barbier, for respondent. No opinion. Judgment affirmed.

PEOPLE ex rel. RUSH v. McDONALD. (Supreme Court, Appellate Division, First Department. February 14, 1902.) Proceeding by the people of the state of New York, on the relation of John Rush, against Alexander E. McDonald. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to court below to open default.

PEOPLE ex rel. SALVATION ARMY, Respondent, v. FEITNER et al., Appellants. (Supreme Court, Appellate Division, First Department. January 10, 1902.) Proceeding by the people of the state of New York, on the relation of the Salvation Army, against Thomas L. Feitner and others. J. M. Ward, for appellants. B. F. Tracy, for respondent. No opinion. Order (68 N. Y. Supp. 338) affirmed. with $10 costs and disbursements, on opinion of court below.

PEOPLE ex rel. SERWER v. GAYNOR, Judge. (Supreme Court, Appellate Division, Second Department. January 24, 1902.) Proceeding by the people of the state of New York, on the relation of Rosa Serwer, against William J. Gaynor, judge of the supreme court of the state of New York.

PER CURIAM. A reference to the papers on file in the county clerk's office in the action of Serwer v. Serwer shows that the order which is the subject of criticism has been settled. so as to state the grounds upon which the verdict was set aside. Under these circumstances, the application should be dismissed, without costs.

PFANMILLER, Respondent, v. GROESBECK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 28, 1902.) Action by George Pfanmiller against Leonard H. Groesbeck and others. No opinion. Judgment of county court and of municipal court, affirmed, with costs.

PINE et al., Respondents, v. SAYRE, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1902.) Action by Frederick A. Pine and another against Edwin H. Sayre. No opinion. Judgment affirmed, with costs.

PINSKER et al., Respondents, v. PINSKER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 17, 1902.) Action by Fred J. Pinsker and another against Adolph Pinsker and another. No opinion. Judgment affirmed, with costs.

POLYKRANAS, Respondent, v. KRAUSZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 17. 1902.) Action by Eliza J. Polykranas against Bernath Krausz and another. O. J. Hochstadter (Abraham B. Sehleimer, of counsel), for appellants. David B. Cahn, for respondent.

PER CURIAM. We intended, by our former disposition of this matter, to grant leave to the appellant to reserve a proposed case on appeal and to procure it to be settled. We assume that this was not made clear to the learned justice who tried this case, because it appears that, on account of laches, he refused to settle the case submitted. The motion to dismiss the appeal is granted, unless. in accord with such leave, a case on appeal is made, served, settled, and printed, and the appeal is brought on for argument at the March term, 1902.

PORTER, Respondent. v. CALDWELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 7, 1902.) Action by David H. Porter against Samuel Caldwell. No opinion. Order affirmed, with $10 costs and disbursements.